UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| WILLIAM POWELL | : | DOCKET NO. 2:06-cv-211<br>Section P |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| RICHARD STALDER, ET AL. | : | MAGISTRATE JUDGE WILSON |

**O R D E R**

Currently before the court is a "Motion to Request Expedited Ruling and to Incorporate Exhibits 'D' and 'E' into the Record." [doc. 5] filed by *pro se* plaintiff, William Powell. By this motion the plaintiff seeks to have the court expedite consideration of his civil rights case and moves to supplement his complaint with additional exhibits.

A review of the record reveals that this case was initially filed on February 6, 2006. It was referred to the Pro Se Staff Attorney for initial review. It does not appear that the initial review has yet been completed. A review of the list of pending prisoner civil rights cases filed in this court reveals that this case is proceeding along the regular course. The cases are handled on a first come, first serve basis, and this case will not be expedited.

Accordingly,

IT IS ORDERED that the Motion to Expedite be DENIED.

IT IS FURTHER ORDERED that the Motion to Incorporate Exhibits be GRANTED and that the supplemental exhibits be referred to the Pro Se Staff Attorney for consideration during the initial review process.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, June 14, 2006.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE