**RECEIVED**
IN LAKE CHARLES, LA

AUG 23 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | |
|---|---|
| **WILLIAM POWELL** | **CIVIL ACTION NO. 06-211-LC** |
| **VS.** | **SECTION P** |
| **RICHARD STALDER, ET AL.** | **JUDGE MINALDI** |
| | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the petition for writ of *habeas corpus* be **DISMISSED WITHOUT PREJUDICE** due to the petitioner's failure to exhaust available state court remedies.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this ___ day of _____, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE